
530931

INDEX NO: 4069/07
FILE DATE: 5/24/2007
ATTY: HANTMAN & ASSOCIATES
1414 AVENUE OF THE AMERICAS
SUITE 406
NEW YORK, NY 10019

UNITED STATES DISTRICT COURT
SOUTHERN

EPS No: 518695
Attorney File No:
Batch No: 0

STATE OF NEW YORK: COUNTY OF SOUTHERN

NEW YORK HELICOPTER CHARTER, INC., MICHAEL ROTH INDIVIDUALLY

**Plaintiff(s)**

- against -

AIR PEGASUS HELIPORT, INC., HUDSON RIVER PARK TRUST, ET AL

**Defendant(s)**

### STATE OF NEW YORK, COUNTY OF QUEENS: SS:

YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 7/3/2007 at 2:08PM at PIER 40, 2ND FLOOR, WEST STREET @ WEST HOUSTON, NEW YORK, NY 10001 deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on HUDSON RIVER PARK TRUST. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### CORPORATION

By delivering to and leaving with HUDSON RIVER PARK TRUST and that the deponent knew the person so served to be the GENERAL AGENT, LAURIE SILBERFELD, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

Approximate age: 40
Color of skin: WHITE

Approximate weight: 140
Color of hair: BLONDE

Approximate height: 5'8"
Sex: F

Sworn to before me on 7/4/2007

LUIS A. CRESPO
Commissioner of Deeds
City of New York No. 4-4920
Certificate Filed in Queens County
Commission Expires Aug. 1, 2007

KEVIN T. MACTIERNAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6108632
Qualified in Nassau County
Commission Expires 4/19/2008

ARTAK RAEVSKY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6123189
Qualified in Queens County
Commission Expires 2/28/2009

LORRE A. DUNNE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU8016358
Qualified in Queens County
Commission Expires 11/16/2010

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**