# AFFIDAVIT OF SERVICE

530935

COURT: UNITED STATES DISTRICT COURT
COUNTY: SOUTHERN

Hautman

INDEX NO: 4069/07
EPS NO: 518695

NEW YORK HELICOPTER CHARTER, INC., MICHAEL ROTH
INDIVIDUALLY

Plaintiff(s)

- vs. -

AIR PEGASUS HELIPORT, INC., HUDSON RIVER PARK TRUST, ET AL

Defendant(s)

State of District of Columbia, County of _____ ss.: Alex M. Hernandez
being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, 6/27/07 at approximately 11:43AM at 800 INDEPENDENCE AVENUE, S.W. WASHINGTON 20591 deponent served the SUMMONS & COMPLAINT IN A CIVIL ACTION annexed on FEDERAL AVIATION ADMINISTRATION in the following manner:

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

[X] **Corporation** — By delivering to and leaving with LaVerne Pittman, Legal Assistant who stated [ ] he [X] she was authorized to accept on behalf of said corporation.

[ ] **Responsible Person** — By delivering to and leaving with _____ a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York.

[ ] **Affixing to Door** — By affixing a true copy thereof to the door of said premises, which is recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

[ ] **Mail** — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

[X] **Description**

| | | | | | |
|---|---|---|---|---|---|
| [ ] Male | [ ] White Skin | [X] Black Hair | [ ] 14-20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [X] Female | [X] Black Skin | [ ] Brown Hair | [ ] 21-35 Yrs. | [ ] 5'0"-5'3" | [ ] 100-130 Lbs. |
| | [ ] Yellow Skin | [ ] Blond Hair | [X] 36-50 Yrs. | [ ] 5'4"-5'8" | [ ] 131-160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] 51-65 Yrs. | [X] 5'9"-6'0" | [X] 161-200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

Sworn to before me on June 29, 2007

Rosanna Settles
10-31-2011

Server Alex M. Hernandez

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**