UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEW YORK HELICOPTER CHARTER, INC.,
and MICHAEL ROTH, Individually,

                    Plaintiffs,                  Index No. 07-Civ.-4069

  -against-                              Judge CEDARBAUM

AIR PEGASUS HELIPORT, INC.,
HUDSON RIVER PARK TRUST, and
FEDERAL AVIATION ADMINISTRATION,

                    Defendants.
------------------------------------------------------------x

IT IS HEREBY STIPULATED between Hantman & Associates, counsel for the Plaintiffs, and Konner Teitelbaum & Gallagher, counsel for Defendant HUDSON RIVER PARK TRUST ("HRPT"), that the time for Defendant HRPT to answer or move with respect to the Complaint is extended through October 4, 2007.

IT IS FURTHER STIPULATED that the instant Stipulation may be executed in counterparts, and that a telefaxed signature may be considered an original for purposes of this Stipulation.

Dated: New York, New York
       As of August 15, 2007

| Hantman & Associates | Konner Teitelbaum & Gallagher |
|---|---|
| By: Robert J. Hantman, Esq. | By: Michael A. Gould, Esq. |
| Attorney for Plaintiffs | Attorneys for HRPT |
| 1414 Avenue of the Americas, Suite 406 | 462 Seventh Avenue, 12th Floor |
| New York, New York 10019 | New York, New York 10018 |
| 212-684-3933 | 212-697-8500 |
| Fax 212-755-1989 | Fax 212-697-4512 |