

**AIR PEGASUS**

November 4, 2004

Mike Roth
NY Helicopter Charter, Inc.
P.O. Box 474
Oceanside, NY 11572

This letter serves to confirm our telephone conversation this week, because of your violation of our rules and procedures you will no longer be allowed to operate charter tours from the West 30TH Street Heliport effective immediately.

My staff has been advised accordingly and your staff should be similarly notified.

If you have any questions regarding the above please feel free to contact my father.

Thank you,

*Abigail S. Trenk*
Abigail S. Trenk
President

Executive Office: 11 Hilltop Ave. ■ Bernardsville, NJ 07924 ■ Phone: (908) 766-6668 ■ Fax: (908) 766-6667
VIP Heliport: West 30th Street on the Hudson ■ New York 10001 ■ Phone: (212) 563-4442 ■ Fax: (212) 244-6060