UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NEW YORK HELICOPTER CHARTER, INC.
and MICHAEL ROTH individually,

                      Plaintiffs,          **NOTICE OF MOTION**

-against-                       Case No. 07-Civ.-4069 (MGC)

AIR PEGASUS HELIPORT, INC.,
HUDSON RIVER PARK TRUST and the
FEDERAL AVIATION ADMINISTRATION,

                      Defendants.
-----------------------------------------------------------x

     PLEASE TAKE NOTICE that upon the Complaint in this action dated May 24, 2007, the Memorandum of Law in support of this Motion, dated October 1, 2007, and upon all of the pleadings and proceedings heretofore had herein, the undersigned will move this Court, at the Courthouse located at 500 Pearl Street, New York, New York, on **Thursday, October 25, 2007,** at 9:30 in the forenoon of that day or as soon thereafter as counsel can be heard, for dismissal of each of the Causes of Action in the Complaint alleged against Defendant HUDSON RIVER PARK TURST, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of jurisdiction over the subject matter and failure to state a claim upon which relief may be granted and for such other and further relief as to this Court may seem just and proper.

Dated: New York, New York
      October 1, 2007

                          Konner Teitelbaum & Gallagher

                          s/ _____
                          By: Michael A. Gould, Esq.
                          Attorneys for Defendant
                              HUDSON RIVER PARK TRUST
                          462 Seventh Avenue, 12th Floor
                          New York, New York 10018
                          212-697-8500