UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEW YORK HELICOPTER CHARTER, INC. and          :
MICHAEL ROTH individually

                                           :     07 Civ. 4069 (MGC)

                            Plaintiffs

                                         :

      -against-

                                       :     **NOTICE OF MOTION**

AIR PEGASUS HELIPORT, INC, HUDSON RIVER
PARK TRUST and the FEDERAL AVIATION          :
ADMINISTRATION

                                       :

                             Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       PLEASE TAKE NOTICE that upon the Complaint in this action dated May 24, 2007,

attached hereto, the Memorandum of Law in Support of this Motion, dated  July 11, 2007, and

upon all the pleadings and proceedings heretofore had herein, the undersigned will move this

court, at the Courthouse at 500 Pearl Street, New York, N.Y,  at 9:30 A.M. on the 26[h] day of

October,  2007, or as soon thereafter as counsel can be heard, for dismissal of each of the

causes of action in the complaint alleged against Defendant Air Pegasus Heliport, Inc.

pursuant to Fed. Rules of Civil. Proc. 12(b)(1) and (6) for lack of jurisdiction over the subject

matter and failure to state a claim upon which relief may be granted and for such other and

further relief as this Court may deem just and proper.

Dated: New York, N.Y.
      October 2, 2007

/s/<u>Leon Friedman</u>
Leon Friedman
148 East 78th Street
New York, N.Y. 10021
(212) 737-0400

Attorney for Defendant
Air Pegasus Heliport, Inc.