Schedule of Charges. Argos was not listed on the DCR.[61] The total Argus Capital billings during the Relevant Period were approximately $24,000.

5. Pegasus Global Helicopters, Corp. ("Pegasus Global")

We researched the name on the internet and found that this entity provides sightseeing tours in NYC. They appear to be located in Linden, New Jersey. We noted that Pegasus Global landed at the Heliport, but it appears they did not provide sightseeing operations from 30th Street. In response to our inquiry, APH Counsel advised that this entity is not affiliated or related to APH. We also reviewed the Sales History Report and determined the amount of revenue collected from Pegasus Global during the Relevant Period was insignificant.

H. Sales and Fuel Tax

APH reports sales and fuel tax to the Trust as reductions from gross cash receipts to determine amounts subject to Percentage Fees.[62] During the Relevant Period these taxes amounted to approximately $923,000. APH computes this deduction by obtaining information from the "monthly tax report"[63] and the fuel vendor invoices. We tested the propriety of the sales and fuel tax deductions reported by APH to the Trust by reviewing APH sales and use tax returns and fuel invoices. Sales and fuel tax is comprised of two elements:

- sales tax collected from APH customers
- other fuel taxes paid by APH to the fuel vendor (e.g. excise tax).[64]

---

[61] In August 2004, Liberty began managing Argos Capital. When this occurred APH no longer billed Argos directly, instead billings were invoiced to Liberty.

[62] In the letter dated November 8, 1996 to the New York State Department of Transportation APH stated that all current taxes including but not limited to, sales tax, road tax, gross receipts tax and spill tax will be deducted from the current month's cash receipts.

[63] The monthly tax report indicates sales tax charged to customers for fuel sales.

[64] APH pays various taxes to the fuel vendor upon purchase of fuel. Only the sales tax component paid to the vendor is deductible on the quarterly sales tax return.

22

1. Sales tax collected from APH customers

We obtained APH's Quarterly NYS Sales & Use Tax Return: Retail Sales of Motor Fuel Tax Returns ("Sales Tax Return") prepared by Ms. Cardinal for the reporting years 2001 through 2005, as well as the fourth reporting quarter of 2000.[65] We tested the information reported on the March through May 2003 Sales Tax Return to determine if the amount agreed to the deduction reported to the Trust. The component of sales tax that is paid to the vendor is recorded in a prepaid fuel tax general ledger account. As part of sales tax recalculation, we compared the general ledger detail for prepaid fuel taxes (account #23800) to the amount reported on the Sales Tax Return. A difference of $395.46 was noted (approximately the amount of one fuel invoice). We also compared the amounts in the prepaid fuel tax account to selected fuel invoices from Bell Petroleum. We then compared the amounts in APH's Monthly Tax Report to the tax due per the Sales Tax Returns. Insignificant exceptions were noted during our procedures.

2. Other fuel taxes paid by APH to the fuel vendor

We obtained a summary of Bell Petroleum invoices from January, 2001 through December, 2005, prepared by Ms. Cardinal at our request. This summary lists invoices by number, date and other fuel tax amounts (e.g. road tax and excise tax).

We compared, on a test basis, Bell Petroleum fuel taxes to the schedule provided. Invoices were made available to us for the period December 2001 through March 2005, other than invoices from June through August 2003. No exceptions were noted.

Having determined that the sales tax collected from the customers and fuel tax paid to the vendor were reasonable, we conclude that the amounts deducted from gross cash receipts as reported to the Trust appear to be reasonably stated during the Relevant Period.

1. Procedures Performed At Liberty

Liberty pays APH Use Charges on a monthly basis based on sightseeing passenger counts. These amounts are then reported and remitted to the Trust. Under the 1996 Agreement between Liberty and APH, APH and the Trust have the right to examine,

---

[65] NYS Sales & Use Tax Return: Retail Sales of Motor Fuel are prepared for reporting quarters ended May, August, November and February.

inspect or audit Liberty's records. APH informed us that they have never chosen to do so. On May 23-24, 2005, we visited Liberty's offices in Linden, NJ to perform certain tests of their accounting sales records to evaluate if the proper amounts are being paid to APH. We selected certain months for testing during 2004 and 2005. Our procedures were designed to test (i) the passenger counts (identified as "pax" counts) computed for the use fee, (ii) the Consulting Agreement payments made to APNY and (iii) the fuel surcharge.

We received a response from Liberty pursuant to our request to identify all payments made to Trenk related entities. Liberty provided an excel spreadsheet setting forth payments made by STA/Liberty from 1998 to April 2005, although payments dated back to 1996.[66] Payments made to three entities and two individuals are summarized as follows:

| Entity Paid | Payments | Category |
|---|---|---|
| 1. Air Pegasus Heliport, Inc. | $12,718,449 | Landing, parking, fuel, trailer rental, use fee, and fuel surcharge |
| 2. APNY | 3,720,289 | % of gross revenue payments on sightseeing income and fuel surcharge (including Wall Street Heliport) |
| 3. Trenk Enterprises | 869,400 | Compensation for Alvin Trenk as Chairman and CEO of STA |
| 4. Abigail Trenk and Brian Tolbert | 10,709 | Commissions for charters from the Heliport |
| Total | $17,318,847 | |

1. Use Charge

In order to test the Liberty pax counts, we accumulated the number of passengers for the days selected for testing from source documents and agreed them to monthly summaries. We also agreed the monthly use fee to a copy of the check sent to APH. The monthly pax counts were also agreed to the amounts reported to the Trust (only sightseeing passengers from the Heliport are subject to the pax fee.)

---

[66] Liberty supplemented the original spreadsheet by providing us additional information for years 1996 and 1997.

24

Liberty prepares monthly internal financial reports which include pax counts and monthly revenue. For the months that were tested, we also agreed the pax counts and monthly revenue to the internal financial reports. We noted insignificant differences.

2. Consulting Agreement Payments

We tested the Consulting Agreement payments Liberty made to APNY by obtaining Liberty's income statements for 2001 to April 2005 and re-computing the 30th Street and Wall Street sightseeing payment.[67] The total amount of consulting payments for the 30 Street location for the period January 1996 to January 2006 was $3,853,229 of which we tested approximately $1,689,000 (44%). This amount was then compared to the expense paid to APNY in Liberty's general ledger, noting insignificant differences in each year.

3. Fuel Surcharge

We recomputed one month's fuel surcharge and agreed it to a copy of the check paid to APNY. As mentioned and summarized above, we received a spreadsheet listing payments made to Trenk entities. We added the fuel surcharges for the years 2000 through 2004 from the general ledger print outs we received to reconcile to the above spreadsheet. We identified an immaterial difference. As discussed previously all of the Percentage Fees on the fuel surcharges paid to APNY, from inception through November 2004, were subsequently remitted to the Trust.

J. Permit Fee

A monthly permit fee is invoiced to APH, increased by 5% (non compounded) on each annual anniversary of the Permit. During the Relevant Period such fees totaled $646,439. We tested the annual billings and determined the amount during the Relevant Period was reasonable.

---

[67] Although the Trust is not entitled to a Percentage Fee on Wall Street, the payments included fees relating to this location and therefore were included in our test.

## Open Item

As discussed above, there is one open item. We could not form any conclusion on the information provided for Air Pegasus Enterprises, Inc. relating to its receipt of approximately $565,000 from Liberty for lease of a helicopter during the Relevant Period as we are awaiting additional information from Liberty regarding these receipts.

*[signature]*

Debbie A. Cutler, CPA, CFE
October 31, 2006

# Exhibit 1

Air Pegasus Heliport, Inc.
Monthly Detail of Fees and Charges/Number of Operations
April 1, 2001 - March 31, 2002

| Month | Total | Permit Fees | | | Percentage Fees | | | Use Charges | | | # of Ops |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Invoice # | Amount | Date | Invoice # | Amount | Date | Invoice # | Amount | |
| | (1)=(4)+(7)+(10) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| April | $ 52,424 | 4/2/2001 | 159 | $ 12,242 | 6/14/2001 | 205 | $ 25,662 | 6/14/2001 | 205 | $ 14,520 | 3,265 |
| May | 37,742 | 5/3/2001 | 183 | 12,242 | 7/5/2001 | 239 | 12,345 | 7/5/2001 | 239 & 240 | 13,155 | 3,219 |
| June | 39,646 | 5/29/2001 | 190 | 12,242 | 7/28/2001 | 256 | 16,634 | 7/28/2001 | 256 | 10,770 | 2,849 |
| July | 59,323 | 7/2/2001 | 225 | 12,242 | 8/23/2001 | 284 | 34,706 | 8/23/2001 | 284 | 12,375 | 3,200 |
| August | 55,678 | 7/19/2001 | 242 | 12,242 | 2/15/2002 | 379 | 29,561 | 2/15/2002 | 379 | 13,875 | 3,135 |
| September | 39,992 | 9/1/2001 | 269 | 12,242 | 2/15/2002 | 380 | 22,485 | 2/15/2002 | 380 | 5,265 | 1,469 |
| October | 41,062 | 10/1/2001 | 287 | 12,242 | 2/15/2002 | 381 | 28,415 | 2/15/2002 | 381 | 405 | 541 |
| November | 30,111 | 11/1/2001 | 301 | 12,242 | 2/8/2002 | 376 | 14,659 | 2/8/2002 | 376 | 3,210 | 1,009 |
| December | 36,386 | 11/21/2001 | 318 | 12,242 | 2/8/2002 | 377 | 18,624 | 2/8/2002 | 377 | 5,520 | 1,423 |
| January | 48,960 | 12/24/2001 | 350 | 12,242 | 3/29/2002 | 435 | 33,268 | 3/29/2002 | 435 | 3,450 | 1,119 |
| February | 32,357 | 1/23/2002 | 362 | 12,242 | 3/29/2002 | 436 | 14,625 | 3/29/2002 | 436 | 5,490 | 1,119 |
| March | 38,777 | 2/22/2002 | 383 | 12,242 | 3/29/2002 | 437 | 18,360 | 3/29/2002 | 437 | 8,175 | 1,741 |
| Adjustment | 5,616 | 12/1/2002 | 311 | 5,616 * | | | | | | | |
| Total | $ 518,068 | | | $ 152,514 | | | $ 269,344 | | | $ 96,210 | 24,089 |

* This amount represents a portion of invoice IVC 000311 in the amount of $8,160. The balance of $2,544.50 is allocated to the following year.

Air Pegasus Heliport, Inc.
Monthly Detail of Fees and Charges/Number of Operations
April 1, 2002 - March 31, 2003

| Month | Total | Permit Fees | | | Percentage Fees | | | Use Charges | | | # of Ops |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Invoice # | Amount | Date | Invoice # | Amount | Date | Invoice # | Amount | |
| | (1)=(4)+(7)+(10) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| April | $ 52,973 | 4/1/2002 | 66 | $ 12,242 | 9/1/2002 | 202 | $ 32,601 | 9/1/2002 | 202 | $ 8,130 | 2,019 |
| May | 29,143 | 5/1/2002 | 91 | 12,242 | 9/1/2002 | 203 | 9,431 | 9/1/02 & 11/1/02 | 203 & 281 | 7,470 | 2,085 |
| June | 43,101 | 6/1/2002 | 109 | 12,242 | 11/1/2002 | 282 | 23,464 | 11/1/2002 | 282 | 7,395 | 2,179 |
| July | 51,063 | 7/1/2002 | 127 | 12,242 | 7/1/2002 | 349 | 31,021 | 7/1/2002 | 349 | 7,800 | 2,159 |
| August | 49,975 | 8/1/2002 | 174 | 12,242 | 8/1/2002 | 350 | 26,843 | 8/1/2002 | 350 | 10,890 | 2,627 |
| September | 46,688 | 9/1/2002 | 201 | 12,242 | 9/1/2002 | 351 | 25,701 | 9/1/2002 | 351 | 8,745 | 2,217 |
| October | 64,436 | 10/1/2002 | 254 | 12,242 | 10/1/2002 | 352 | 41,709 | 10/1/2002 | 352 | 10,485 | 2,438 |
| November | 67,450 | 11/1/2002 | 280 | 12,242 | 11/1/2002 | 353 | 42,398 | 11/1/2002 | 353 | 12,810 | 2,524 |
| December | 60,814 | 11/1/2002 | 310 | 12,752 | 2/26/2003 | . | 32,702 | 2/26/2003 | . | 15,360 | 2,671 |
| January | 61,826 | 1/1/2003 | 327 | 12,752 | 1/1/2003 | 385 | 42,429 | 1/1/2003 | 385 | 6,645 | 1,562 |
| February | 48,757 | 2/1/2003 | 356 | 12,752 | 2/1/2003 | 440 | 29,300 | 2/1/2003 | 440 | 6,705 | 1,449 |
| March | 48,990 | 3/26/2003 | 474 | 13,262 | 3/31/2003 | 492 | 26,353 | 3/31/2003 | 493 | 9,375 | 1,933 |
| Adjustment | 2,545 | 12/1/2002 | 311 | 2,545 * | | | | | | | |
| Adjustment 9/02-11/02 | 1,530 | 11/1/2002 | 309 | 1,530 | | | | | | | |
| Adjustment | 4,084 | 2/12/2003 | 380 | 4,084 | | | | | | | |
| Total | $ 633,369 | | | $ 157,607 | | | $ 363,952 | | | $ 111,810 | 25,863 |

* This amount represents a portion of invoice IVC 000311 in the amount of $8,160. The balance is allocated to the following year.

EXHIBIT 1

Air Pegasus Heliport Inc.
Monthly Detail of Fees and Charges/Number of Operations
April 1, 2003 - March 31, 2004

| Month | Total | Permit Fees | | | Percentage Fees | | | Use Charges | | | # of Ops |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (1)=(4)+(7)+(10) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| April | $ 50,392 | 4/7/2003 | 405 | $ 12,752 | 4/1/2003 | 561 | $ 27,500 | 4/1/2003 | 561 | $ 10,140 | 1,930 |
| May | 54,560 | 8/16/2003 | 955 | 13,262 | 5/1/2003 | 562 | 12,538 | 5/1/2003 | 562 | 8,760 | 1,905 |
| June | 39,236 | 6/6/2003 | 498 | 13,262 | 6/1/2003 | 615 | 17,094 | 6/1/2003 | 615 | 8,880 | 2,056 |
| July | 71,791 | 7/1/2003 | 532 | 13,262 | 9/1/2003 | 645 | 46,379 | 9/1/2003 | 645 | 12,150 | 2,787 |
| August | 51,295 | 8/1/2003 | 567 | 13,262 | 8/1/2003 | 650 | 24,143 | 8/1/2003 | 650 | 13,890 | 2,661 |
| September | 62,928 | 9/1/2003 | 595 | 13,262 | 9/1/2003 | 682 | 39,211 | 9/1/2003 | 683 | 10,455 | 2,142 |
| October | 61,659 | 10/1/2003 | 619 | 13,262 | 10/1/2003 | 680 | 33,112 | 10/1/2003 | 681 | 15,285 | 2,906 |
| November | 63,002 | 11/1/2003 | 651 | 13,262 | 11/1/2003 | 705 | 32,955 | 11/1/2003 | 706 | 16,785 | 2,886 |
| December | 63,614 | 12/1/2003 | 665 | 13,262 | 2/25/2004 | 742 | 31,947 | 2/25/2004 | 742 | 18,405 | 3,004 |
| January | 71,886 | 1/1/2004 | 685 | 13,784 | 1/1/2004 | 768 | 47,362 | 1/1/2004 | 768 | 10,740 | 1,890 |
| February | 60,851 | 2/1/2004 | 729 | 13,784 | 2/1/2004 | 797 | 34,062 | 2/1/2004 | 797 | 13,005 | 2,348 |
| March | 37,138 | 3/1/2004 | 752 | 13,784 | 5/5/2004 | 843 | 10,034 | 5/5/2004 | 843 | 13,320 | 2,428 |
| | 1,021 | 8/16/2004 | DEBIT0000017 | 1,021 | | | | | | | |
| | 4,084 | 12/1/2003 | 684 | 4,084 | | | | | | | |
| Total | $ 673,455 | | | $ 165,303 | | | $ 356,337 | | | $ 151,815 | 28,943 |

Page 3 of 4

EXHIBIT 1

Air Pegasus Heliport, Inc.
Monthly Detail of Fees and Charges/Number of Operations
April 1, 2004 - March 31, 2005

| Month | Total | Permit Fees | | | Percentage Fees | | | Use Charges | | | # of Ops |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Invoice # | Amount | Date | Invoice # | Amount | Date | Invoice # | Amount | |
| | (1)=(4)+(7)+(10) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| April | $ 58,182 | 4/1/2004 | 876 | $ 14,294 | 4/1/2004 | 873 | $ 26,098 | 4/1/2004 | 873 | $ 17,790 | 3,089 |
| May | 89,221 | 5/1/2004 | 801 | 13,783 | 8/4/2004 | 951 | 61,113 | 8/4/2004 | 951 | 14,325 | 2,955 |
| June | 26,759 | 7/1/2004 | 914 | 14,294 | 7/1/2004 | 1018 | - | 7/1/2004 | 1018 | 12,465 | 3,213 |
| July | 89,350 | 7/1/2004 | 1019 | 14,294 | 7/30/2004 | 1017 | 58,216 | 7/30/2004 | 1017 | 16,740 | 3,283 |
| August | 66,165 | 8/1/2004 | 919 | 14,294 | 8/2/2004 | 1020 | 37,216 | 8/2/2004 | 1020 | 14,655 | 3,305 |
| September | 65,358 | 9/2/2004 | 961 | 14,294 | 9/1/2004 | 1074 | 36,064 | 9/1/2004 | 1074 | 15,000 | 3,015 |
| October | 82,715 | 10/1/2004 | 989 | 14,294 | 2/15/2005 | 1145 | 49,656 | 2/15/2005 | 1145 | 18,765 | 3,632 |
| November | 57,970 | 11/1/2004 | 1042 | 14,294 | 2/17/2005 | 1148 | 24,026 | 2/17/2005 | 1148 | 19,650 | 3,453 |
| December | 119,705 | 12/1/2004 | 1078 | 14,294 | 2/16/2005 | 1147 | 81,621 | 2/16/2005 | 1147 | 23,790 | 3,815 |
| January | 73,265 | 12/30/2004 | 1102 | 14,294 | 1/3/2005 | 1179 | 46,701 | 1/3/2005 | 1179 | 12,270 | 2,215 |
| February | 63,903 | 1/31/2005 | 1123 | 14,294 | 2/28/2005 | 1206 | 33,964 | 2/28/2005 | 1206 | 15,645 | 2,867 |
| March | 71,608 | 3/2/2005 | 1156 | 14,294 | 3/31/2005 | 1207 | 38,159 | 3/31/2005 | 1207 | 19,155 | 3,208 |
| | 10,918 | | | | 12/24/2004 | None | 12,268 | 2/18/2005 | CREDT00000111 | (1,350) | |
| | 2,115 | | | | | | | 2/23/2005 | | 2,115 | |
| | 2,385 | | | | | | | 4/15/2005 | NYH | 2,385 | |
| Total | $ 879,518 | | | $ 171,016 | | | $ 505,102 | | | $ 203,400 | 38,050 |

# Exhibit 2

Air Pegasus Heliport, Inc.
Monthly Detail of Revenue Earned
April 1, 2001 through March 31, 2005

| | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **3 Months 2001** | | | | | | | | | | | | | |
| Landing | $ 719,368 | | | | $ 105,254 | $ 106,796 | $ 97,043 | $ 101,629 | $ 99,002 | $ 51,044 | $ 22,797 | $ 51,396 | $ 80,505 |
| Parking | 274,455 | | | | 32,092 | 33,505 | 33,165 | 34,965 | 29,370 | 38,101 | 13,642 | 24,314 | 35,278 |
| Off-Ops | 404,050 | | | | 53,650 | 62,800 | 56,450 | 61,250 | 45,800 | 28,450 | 14,150 | 34,200 | 47,300 |
| Fuel (w/ sales tax) | 930,707 | | | | 130,610 | 138,214 | 130,723 | 166,417 | 147,456 | 86,310 | 34,752 | 47,538 | 48,637 |
| Miscellaneous | 48,806 | | | | 5,000 | 5,306 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 |
| Total - 2001 | $ 2,377,386 | | | | $ 326,636 | $ 346,621 | $ 322,883 | $ 373,761 | $ 327,128 | $ 209,428 | $ 90,861 | $ 162,848 | $ 217,220 |
| **2002** | | | | | | | | | | | | | |
| Landing | $ 1,249,010 | $ 71,342 | $ 76,431 | $ 91,264 | $ 115,221 | $ 118,599 | $ 137,524 | $ 113,290 | $ 123,863 | $ 122,498 | $ 131,690 | $ 124,063 | $ 119,315 |
| Parking | 485,950 | 28,139 | 24,645 | 31,694 | 48,384 | 43,564 | 50,301 | 36,545 | 48,765 | 45,095 | 50,195 | 43,566 | 35,254 |
| Off-Ops | 747,230 | 46,200 | 45,100 | 44,750 | 70,300 | 72,300 | 85,330 | 62,400 | 63,300 | 71,300 | 70,500 | 64,240 | 51,500 |
| Fuel (w/ sales tax) | 923,637 | 34,174 | 41,813 | 57,458 | 71,811 | 69,722 | 91,172 | 91,653 | 116,826 | 89,966 | 94,943 | 92,125 | 83,793 |
| Miscellaneous | 79,941 | 5,500 | 6,900 | 6,800 | 7,000 | 6,816 | 7,000 | 7,400 | 7,000 | 6,500 | 6,000 | 6,500 | 6,523 |
| Total - 2002 | $ 3,507,788 | $ 185,455 | $ 194,889 | $ 231,966 | $ 312,726 | $ 311,201 | $ 371,327 | $ 311,391 | $ 359,354 | $ 335,359 | $ 357,528 | $ 330,495 | $ 296,187 |
| **2003** | | | | | | | | | | | | | |
| Landing | $ 1,819,565 | $ 85,500 | $ 74,110 | $ 97,048 | $ 96,566 | $ 102,307 | $ 114,700 | $ 160,900 | $ 215,145 | $ 178,943 | $ 137,527 | $ 224,650 | $ 234,867 |
| Parking | 473,654 | 27,277 | 23,072 | 36,082 | 28,228 | 41,784 | 36,641 | 47,373 | 45,626 | 47,394 | 56,826 | 38,749 | 44,362 |
| Off-Ops | 767,200 | 42,600 | 35,100 | 53,000 | 48,000 | 56,100 | 70,400 | 78,900 | 70,700 | 76,100 | 96,700 | 68,700 | 70,800 |
| Fuel (w/ sales tax) | 1,069,925 | 53,134 | 52,008 | 70,585 | 68,990 | 76,011 | 85,546 | 118,797 | 126,495 | 93,663 | 109,264 | 116,963 | 118,469 |
| Miscellaneous | 86,803 | 6,520 | 6,500 | 6,050 | 6,000 | 12,613 | 7,000 | 8,025 | 7,000 | 6,500 | 7,050 | 6,100 | 7,050 |
| Reserve | (726,150) | | | | | | | | (190,735) | (97,007) | (131,852) | (146,859) | (159,697) |
| Total - 2003 | $ 3,511,042 | $ 215,231 | $ 190,790 | $ 262,765 | $ 247,784 | $ 288,815 | $ 311,287 | $ 414,195 | $ 274,471 | $ 305,595 | $ 375,515 | $ 308,743 | $ 315,851 |
| **2004** | | | | | | | | | | | | | |
| Landing | $ 2,734,384 | $ 152,427 | $ 185,925 | $ 193,458 | $ 242,817 | $ 233,328 | $ 241,699 | $ 236,045 | $ 219,490 | $ 206,755 | $ 285,492 | $ 264,308 | $ 282,440 |
| Parking | 679,945 | 26,589 | 30,319 | 36,858 | 54,048 | 54,643 | 70,993 | 63,340 | 59,833 | 60,008 | 84,196 | 77,010 | 62,146 |
| Off-Ops | 897,545 | 45,700 | 59,100 | 60,000 | 80,125 | 83,500 | 93,100 | 86,500 | 69,700 | 70,800 | 101,100 | 84,420 | 64,300 |
| Fuel (w/ sales tax) | 1,860,921 | 73,673 | 93,278 | 103,669 | 134,402 | 146,134 | 182,473 | 202,695 | 182,096 | 145,368 | 183,890 | 197,308 | 215,935 |
| Miscellaneous | 793,546 | 13,925 | 23,075 | 60,713 | 79,275 | 72,925 | 72,420 | 70,268 | 69,305 | 63,300 | 92,540 | 82,000 | 91,980 |
| Reserve | (1,264,336) | (95,820) | (113,150) | (155,858) | (202,657) | (187,938) | (181,907) | (201,086) | (208,711) | (176,736) | (187,879) | (193,400) | 640,706 |
| Total - 2004 | $ 5,702,005 | $ 216,494 | $ 278,547 | $ 298,860 | $ 388,210 | $ 401,592 | $ 478,778 | $ 447,762 | $ 391,613 | $ 371,495 | $ 559,299 | $ 511,846 | ######## |
| **3 Months 2005** | | | | | | | | | | | | | |
| Landing | $ 636,430 | $ 177,415 | $ 218,925 | $ 240,090 | | | | | | | | | |
| Parking | 160,946 | 40,114 | 58,936 | 61,896 | | | | | | | | | |
| Off-Ops | 169,800 | 49,800 | 54,200 | 65,800 | | | | | | | | | |
| Fuel (w/ sales tax) | 433,824 | 122,049 | 145,341 | 166,434 | | | | | | | | | |
| Miscellaneous | 206,054 | 58,104 | 70,215 | 77,735 | | | | | | | | | |
| Reserve | (447,113) | (95,820) | (152,758) | (198,535) | | | | | | | | | |
| Total - 2005 | $ 1,159,941 | $ 351,662 | $ 394,859 | $ 413,420 | | | | | | | | | |

\* APH two invoices for May 2004 sent to the Trust reflected reserves of $81,302 (May 1-12) and $223,699 (May 13-31). This amount reflects the journal entry that was recorded in APH general ledger.
The amount repaired to the Trust was $226,320. We adjusted this amount for a year end journal entry identified in APH general ledger in the amount of $467,026.

EXHIBIT H

**Exhibit 3**

Air Pegasus Heliport, Inc.
Monthly Detail of Customer Receipts Reported to the Trust
April 1, 2001 through March 31, 2005

| | Total | April | May | June | July | August | September | October | November | December | January | February | March |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2001** | | | | | | | | | | | | | |
| Customer receipts | $ 2,293,318 | $ 236,020 | $ 343,177 | $ 190,387 | $ 190,794 | $ 330,952 | $ 218,153 | $ 263,447 | $ 150,314 | $ 182,850 | $ 299,493 | $ 132,293 | $ 164,528 |
| Less: non-customer cash receipts | 97,074 | 18,465 | 13,167 | 18,126 | 12,625 | 13,794 | 60 | - | 10,007 | 4,830 | 433 | 3,094 | 487 |
| Less: sales tax & fuel tax | 192,861 | 23,711 | 23,882 | 24,834 | 31,310 | 26,912 | 13,680 | 5,127 | 7,051 | 8,711 | 6,752 | 8,026 | 11,045 |
| Net cash receipts - 2001 | $ 1,703,383 | $ 193,850 | $ 287,128 | $ 247,407 | $ 347,063 | $ 290,246 | $ 204,413 | $ 258,333 | $ 133,260 | $ 169,309 | $ 292,318 | $ 121,573 | $ 152,996 |
| **2002** | | | | | | | | | | | | | |
| Customer receipts | $ 3,974,141 | $ 304,428 | $ 303,043 | $ 326,235 | $ 360,787 | $ 288,191 | $ 256,399 | $ 411,544 | $ 417,938 | $ 321,114 | $ 365,120 | $ 293,117 | $ 274,188 |
| Less: non-customer cash receipts | 241,766 | 29,087 | 1,645 | 33,961 | 33,305 | 1,371 | 7,750 | 14,746 | 19,599 | 28,991 | 35 | 39,024 | 41,209 |
| Less: sales tax & fuel tax | 191,109 | 13,664 | 13,919 | 16,525 | 17,314 | 24,141 | 16,997 | 17,632 | 17,349 | 19,635 | 11,514 | 9,927 | 13,292 |
| Net cash receipts - 2002 | $ 3,541,266 | $ 261,677 | $ 287,479 | $ 275,749 | $ 310,298 | $ 263,679 | $ 231,652 | $ 379,170 | $ 380,790 | $ 272,518 | $ 353,571 | $ 244,166 | $ 219,607 |
| **2003** | | | | | | | | | | | | | |
| Customer receipts | $ 4,818,593 | $ 240,137 | $ 323,609 | $ 260,433 | $ 505,227 | $ 453,343 | $ 483,209 | $ 462,686 | $ 483,744 | $ 463,459 | $ 521,386 | $ 351,527 | $ 271,103 |
| Less: non-customer cash receipts | 163,139 | - | 16,191 | 10,402 | 17,556 | 13,150 | 14,175 | 10,455 | 23,410 | 17,530 | 18,405 | 10,763 | 13,732 |
| Less: sales tax & fuel tax | 206,679 | 10,970 | 14,317 | 16,435 | 22,519 | 20,506 | 13,562 | 19,337 | 19,850 | 20,001 | 12,477 | 15,635 | 17,960 |
| Less: Liberty reserve | 1,019,166 | - | - | - | (47,247) | 190,735 | 97,007 | 131,852 | 146,859 | 159,697 | 95,820 | 41,338 | 155,856 |
| Net cash receipts - 2003 | $ 3,429,809 | $ 229,167 | $ 291,921 | $ 233,596 | $ 463,792 | $ 229,952 | $ 356,465 | $ 301,022 | $ 293,605 | $ 266,231 | $ 394,684 | $ 283,851 | $ 83,613 |
| **2004** | | | | | | | | | | | | | |
| Customer receipts | $ 5,597,915 | $ 455,346 | $ 612,903 | $ 275,351 | $ 632,626 | $ 420,238 | $ 346,911 | $ 481,185 | $ 236,573 | $ 777,513 | $ 473,413 | $ 323,855 | $ 363,391 |
| Less: non-customer cash receipts | 246,232 | 13,120 | 17,773 | - | 26,840 | 14,740 | 14,655 | - | - | 60,694 | 63,576 | 13,825 | 18,807 |
| Less: sales tax & fuel tax | 153,932 | 22,085 | 24,941 | 30,910 | 27,790 | 31,333 | 12,978 | 29,753 | 33,441 | 36,638 | 20,664 | 24,999 | 26,791 |
| Less: Liberty reserve | 234,443 | 202,657 | (6,854) | 181,987 | (47,247) | | | | | | | | |
| Net cash receipts - 2004 | $ 4,963,308 | $ 217,484 | $ 651,443 | $ 62,734 | $ 625,263 | $ 372,165 | $ 309,278 | $ 451,413 | $ 203,132 | $ 680,181 | $ 389,173 | $ 285,031 | $ 317,793 |

Exhibit III

**Exhibit 4**

Air Pegasus Heliport, Inc.
Customer Discounts (2002 - 2005)

| Customer | Landing/parking | Off-Ops | Fuel | SAFE fee | Parking fee | Reason |
|---|---|---|---|---|---|---|
| 1. Aetna | 20% | | | | | Granted pre-1986 by PANYNJ |
| 2. AOL | | | .25/gallon | | | Promise of increased volume |
| 3. Broadcast | 50% | | .50/gallon | None | | Previously operated by Liberty |
| 4. Cablevision | | | .25/gallon | None | | Promise of increased volume |
| 5. Cantagree | | $100 | | | | Promise of increased in off-ops business |
| 6. Cigna | 20% | | | | | Granted pre-1986 by PANYNJ |
| 7. Heliflite | | | | None | | Promise of priority use of Heliport |
| 8. Honeywell | 20% | | | | | Promise of increased volume |
| 9. Hover Views | | $100 | .25/gallon | | | Promise of increased volume |
| 10. Integrated | | $100 | | | | Promise of increased volume |
| 11. NY State | | 50% | No tax | | None | Government agency |
| 12. Print Int'l | | | | | Flat fee | For utilizing unused landing spot on barge |
| 13. Travelers | 20% | | | | | Granted pre-1986 by PANYNJ |
| 14. Wall Street | | | .25/gallon | | | Granted pre-1986 by PANYNJ |
| 15. Zip | 50% | | | | | Promise of increased volume |

EXHIBIT IV