UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW YORK HELICOPTER CHARTER, INC. and
MICHAEL ROTH individually

                07 Civ. 4069 (MGC)

                Plaintiffs

       -against-

                **NOTICE OF MOTION**

AIR PEGASUS HELIPORT, INC, HUDSON RIVER
PARK TRUST and the FEDERAL AVIATION
ADMINISTRATION

                Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that upon the Complaint in this action dated May 24, 2007, attached hereto, the Memorandum of Law in Support of this Motion, dated July 11, 2007, and upon all the pleadings and proceedings heretofore had herein, the undersigned will move this court, at the Courthouse at 500 Pearl Street, New York, N.Y, at 9:30 A.M. on the 9th day of August, 2007, or as soon thereafter as counsel can be heard, for dismissal of each of the causes of action in the complaint alleged against Defendant Air Pegasus Heliport, Inc. pursuant to Fed. Rules of Civil. Proc. 12(b)(1) and (6) for lack of jurisdiction over the subject matter and failure to state a claim upon which relief may be granted and for such other and further relief as this Court may deem just and proper.

*Motion withdrawn.*
*So ordered.*
*October 2, 2007*     S/ _United States District Judge_

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

Dated: New York, N.Y.
      July 11, 2007

/s/Leon Friedman
Leon Friedman
148 East 78th Street
New York, N.Y. 10021
(212) 737-0400

Attorney for Defendant
Air Pegasus Heliport, Inc.
Beldock, Levine and Hoffman