**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                                                    ss:
COUNTY OF NEW YORK )

I, Tim Bauman, being duly sworn say: I am not a party of the action, I am over 18 years of age and reside in Manhattan, New York. On October 23, 2007, I served the within Affidavit of Michael Roth, by depositing a true copy thereof enclosed in a post-paid wrapper by regular mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

    TO:   Leon Friedman, Esq.
                148 East 78th Street
                New York, NY 10021

                Michael A. Gould, Esq.
                462 Seventh Avenue, 12th Floor
                New York, NY 10018

                                                                                    _____
                                                                                          Tim Bauman

Sworn to before me this
23rd day of October, 2001

_____
CARLOS M. CARVAJAL
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 01CA6042401
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 22, 20__