

U.S. Department
of Transportation
Federal Aviation
Administration

Flight Standards District Office
7150 Republic Airport-Suite 235
Farmingdale, New York 11735-1583
Telephone: (631)755-1300 Ext 202

NOV 7 2005

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Mr. Itai Shoshani
President
Zip Aviation
Hangar M
136 Tower Road,
White Plains, NY 10604

Dear Mr. Shoshani:

The Farmingdale Flight Standards District Office has reviewed your correspondence dated November 06, 2005 and as stated by the undersigned to you in a telephone conversation dated November 04, 2005, find it necessary to rescind Zip Aviation LLC operations specifications, B057 paragraph authorization to continue air tour operations at this time. Be advised that your current flight operations do not meet pertinent regulatory requirements of Title 14, Code of Federal Regulations, part 136.11© and are not in accordance with the provisions set forth in Advisory Circular 136-1.

This correspondence is written notification to cease all air tour operations until further notice. Any further operations may, in the view of the Federal Aviation Administration, be in violation of Title 14, Code of Federal Regulations.

Please contact the undersigned at Farmingdale FSDO regarding your intentions for corrective action as it relates to the application process to reinstate your air tour operator authorization and if further assistance is necessary to clarify the minimum requirements for continuation.

Sincerely,

Original **Signed By**

Thomas G. McManus
Supervisor, Operations Unit

File: 8400
N:\msoffice\letter\Zip Aviation 136-1.doc
AEA-FSDO-11/Tmcmanus/dhf/11/07/20058

FAA Form 1360-14.1 (6-69)      OFFICIAL FILE COPY      ☆U.S. GOVERNMENT PRINTING OFFICE 1995-709-211