*Andrew D. Greene, P.C.*
ATTORNEY AT LAW
3000 MARCUS AVENUE, SUITE 1W11
LAKE SUCCESS, NEW YORK 11042

TEL: (516) 437-7502
FAX: (516) 437-3791

MELVIN B. ZAHLER
OF COUNSEL

CATHERINE ANTIOCO
LEGAL ASSISTANT

April 17, 2007

By Facsimile (913) 338-1755 and U.S Mail
Kent S. Jackson, Esq.
Jackson, Wade & Blanck, L.L.C.
21628 Midland Drive
Shawnee, KS 66218

Re:   Zip Aviation, L.L.C.

Dear Mr. Jackson:

    I represent New York Helicopter Charter Inc. In your previous letter to me dated February 8, 2007, you indicated that you represent Zip Aviation L.L.C.

    I wish to bring to your attention several disturbing incidents that took place over this last weekend at the West 30th Street Heliport in downtown Manhattan. My client operates out of this heliport on a regular basis. Over the weekend, an individual named "Lisa," who identified herself as an "employee of Zip Aviation" interfered with my client's operations at the heliport. According to my client, she approached all of my client's customers and told them to fly with her company instead of New York Helicopter. She also solicited my client's employees by telling them that they should "leave" New York Helicopter and come work for Zip Aviation. This individual refused to cease and desist from her conduct even when repeatedly asked to do so.

    The conduct of your client's employee unquestionably violated the terms of Zip Aviation's license to do business at the West 30th Street Heliport. The employee caused damage to the ongoing business of my client and to New York Helicopter's business reputation.

Kent S. Jackson, Esq.
Page 2                                                      April 17, 2007

You are hereby cautioned that your client will be held strictly accountable for its tortious and illegal actions to the continuing detriment of New York Helicopter Charter Inc. as described above. Please instruct your client to guide itself accordingly.

Sincerely,

ANDREW D. GREENE, P.C.

By: _____
     ANDREW D. GREENE

ADG:ca
Copy By Facsimile to:
  Mr. Mike Roth, New York Helicopter Charter, Inc. (516) (631) 777-5876
  Laurie Silberfeld, Vice President and General Counsel HRPT (212) 627-2021
  Christopher P. Gengaro, Esq., Lentz & Gengaro (973) 669-8960
  Leon Friedman, Esq. (212) 396-4152