

HUDSON RIVER PARK TRUST
2005 MAR 17 P 3: 50

3/15/05

Dear Laurie,

As per our recent phone conversation, I am writing this letter as a personal recommendation of Itai Shoshani dba Zip Aviation. I have known Itai professionally for well over seven years. He has owned and operated a Jet Ranger helicopter for his personal business until recently. He has been a stellar customer and pilot operating with the utmost professionalism. He has a perfect helicopter safety record and his payment history is exemplary.

He recently purchased a second Jet Ranger and established a helicopter charter and tour operation out of

Executive Office: 11 Hillside Ave. ▪ Bernardsville, NJ 07924 ▪ Phone: (908) 766-9558 ▪ Fax: (908) 766-9557
VIP Heliport: West 30th Street on the Hudson ▪ New York 10001 ▪ Phone: (212) 563-4442 ▪ Fax: (212) 244-6080