UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NEW YORK HELICOPTER CHARTER, INC.
and MICHAEL ROTH individually,

                    Plaintiffs,                    **NOTICE OF MOTION**

        -against-                      Case No. 07-Civ.-4069 (MGC)

AIR PEGASUS HELIPORT, INC.,
HUDSON RIVER PARK TRUST and the
FEDERAL AVIATION ADMINISTRATION,

                    Defendants.
-------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the Amended Complaint in this action dated

December 28, 2007, the Memorandum of Law in support of this Motion, dated January 18, 2008,

and upon all of the pleadings and proceedings heretofore had herein, the undersigned will move

this Court, at the Courthouse located at 500 Pearl Street, New York, New York, on **Thursday,**

**February 14, 2008,** at 9:30 in the forenoon of that day or as soon thereafter as counsel can be

heard, for dismissal of each of the Causes of Action in the Amended Complaint alleged against

Defendant HUDSON RIVER PARK TRUST, pursuant to Federal Rules of Civil Procedure

12(b)(1) and 12(b)(6) for lack of jurisdiction over the subject matter and failure to state a claim

upon which relief may be granted and for such other and further relief as to this Court may seem

just and proper.

Dated: New York, New York
      January 18, 2008

                                           Konner Teitelbaum & Gallagher

                                           s/_____
                                           By: Michael A. Gould, Esq.
                                           Attorneys for Defendant
                                               HUDSON RIVER PARK TRUST
                                         462 Seventh Avenue, 12th Floor
                                         New York, New York 10018
                                         212-697-8500