# New York Helicopter

Charter, Inc.
The Downtown Manhattan Heliport • New York, New York 10004
• Phone 212-361-6060 • Fax 212-361-6406 • www.newyorkhelicopter.com

January 26, 2006

Connie Fishman
President
Hudson River Park Trust
Pier 40, 2nd Floor
West Street at Houston Street
New York, NY 10004

Re: West 30th Street Heliport New Schedule of Charges Effective 2/1/06

Dear Ms. Fishman,

Please be advised that I am in receipt of the new schedule of charges for the West 30th Street Heliport with an effective date of February 1, 2006. A careful review of these charges reveals that implementation of these charges will substantially increase the operating cost for New York Helicopter Charter Inc. Current landing fees at this location are $65.00 per landing with a $25.00 SAFE fee. The proposed increase would change the fees to $80.00 per landing, a $25.00 SAFE fee and a $10.00 per passenger surcharge (typically 4 passengers per landing); a 160% increase in a single landing fee. It is important to note that surrounding heliports charge $66.00 and $70.00 with no additional SAFE fee or per person charge. The fees proposed by Air Pegasus Heliport, Inc. are outlandish.

As a high volume operator, New York Helicopter Charter, Inc. is entitled to a non discriminatory high volume discount as mentioned in the agreement between the DOT, HRPT and Air Pegasus. To date none of these discounts have been credited. Other operators, who are not high volume, are receiving this discount.

It has taken many years for the impact of September 11, 2001 to be reversed. We took a business that was almost destroyed by world events and put it back up on its feet. We are operating at a NYC/NYS public heliport, and are constantly harassed by the operators (Air Pegasus) telling us that we cannot do business there. It took a law suit to give us the ability to conduct business at that public property. It is my belief that Air Pegasus' needs to be removed as a FBO to ensure that fair business practices are adhered to at a public heliport.

Sincerely,


Michael Roth
President

Enclosure

Cc: George Pataki, Governor
    Michael Bloomberg, Mayor
    Sheldon Silver, Assemblyman
    Charles Dorkey, HRPT
    Alan Hevesi, Comptroller