USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NEW YORK HELICOPTER CHARTER INC., and
MICHAEL ROTH, individually,

Case No.07 Civ. 4069(MGC)

Plaintiffs,

-against-

**ORDER TO SHOW CAUSE**

HUDSON RIVER PARK TRUST,

**MEMO ENDORSED**

Defendant.
-------------------------------------------------------X

UPON the annexed Declaration of Michael Roth, the exhibits attached thereto, the Declaration of Robert J. Hantman, Esq., the memorandum of law and all prior filed pleadings and all proceedings heretofore had herein,

Let the defendant, HUDSON RIVER PARK TRUST, show cause before the Honorable Miriam G. Cedarbaum, United States Courthouse at 500 Pearl Street, New York, New York on the ___ day of July, 2008 at ___, or as soon thereafter as counsel can be heard, why an Order should not be entered as follows:

a. Enjoining and restraining defendant, Hudson River Park Trust, and all those acting in concert or participation with it, from preventing New York Helicopter Charter, Inc. immediate access and the right to operate out of the West 30th Street Heliport in New York City, under the same terms and conditions as those similarly situated so long as it follows all applicable rules and regulations for July 4, 5 and 6, 2008; as those are the days that the Downtown Manhattan Heliport are scheduled to be closed; and,

*Application denied. For oral opinion, see record of proceedings.*
*So ordered.*
*July 3, 2008*

*s/ _____*
*United States District Judge*