UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NEW YORK HELICOPTER CHARTER, INC.
and MICHAEL ROTH individually,

                              Plaintiffs,                  **NOTICE OF MOTION**

       -against-                                       Case No. 07-Civ.-4069 (MGC)

AIR PEGASUS HELIPORT, INC., and
HUDSON RIVER PARK TRUST,

                              Defendants.
-----------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the Third Amended Complaint in this action dated April 25, 2008, the Memorandum of Law in support of this Motion, dated July 17, 2008, and upon all of the pleadings and proceedings heretofore had herein, the undersigned will move this Court, at the Courthouse located at 500 Pearl Street, New York, New York, on **Thursday, August 14, 2008**, at 9:30 in the forenoon of that day or as soon thereafter as counsel can be heard, for dismissal of each of the Causes of Action in the Amended Complaint alleged against Defendant HUDSON RIVER PARK TRUST, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of jurisdiction over the subject matter and failure to state a claim upon which relief may be granted and for such other and further relief as to this Court may seem just and proper.

Dated: New York, New York
July 17, 2008

                                Konner Teitelbaum & Gallagher

                                s/ _____
                                By: Michael A. Gould, Esq.
                                Attorneys for Defendant
                                      HUDSON RIVER PARK TRUST
                                462 Seventh Avenue, 12th Floor
                                New York, New York 10018
                                212-697-8500

TO:    Hantman & Associates
          Attorneys for Plaintiff
          1414 Avenue of the Americas
          Suite 406
          New York, New York 10019
          212-684-3933

          Leon Friedman, Esq.
          Attorney for Defendant AIR PEGASUS HELIPORT, INC.
          148 East 78th Street
          New York, New York 10021
          212-737-0400