confer upon any person or entity other than the parties hereto any rights or remedies hereunder.

The Operator agrees that no representations or warranties shall be binding upon the parties unless expressed in writing in this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused these presents to be executed as of the day and year first above written.

ATTEST:

_____
Secretary

AIR PEGASUS HELIPORT, INC.

By: _____

(Title) _____ President
        (Corporate Seal)

41

STATE OF NEW JERSEY
                          SS
COUNTY OF MORRIS

On the 1st day of March 1996, before me personally came Jeff Ellentuck to me known, who, being duly sworn, did depose, and say that he resides at 40 Pine Drive, in Roosevelt, New Jersey. That before him personally came Alvin S Trenk, known to him as the President of Air Pegasus Heliport, Inc., the corporation described in and which executed the foregoing instrument. That he is the Secretary of Air Pegasus Heliport, Inc., the corporation described in and which executed the foregoing instrument; that he signed his name thereto by order of the Board of Directors of said corporation

                                         _____
                                         Notary Public

                                         JEANETTE T. THOMPSON
                                         NOTARY PUBLIC OF NEW JERSEY
                                         My Commission Expires June 2, 1997

APPROVED:

Commissioner of Transportation for the
People of The State of New York

By _____

Date  April 10, 1996

Director, Real Estate Division

42

III. FREE USE OF PUBLIC LANDING AREA

Notwithstanding the provisions of any Schedule of Charges heretofore adopted for the use of the West 30th Street Heliport, no charges shall be made for the use including parking of such areas at the Heliport by the following aircraft:

1. Aircraft operated by the Federal Government.

2. Aircraft owned or chartered by the State of New York or the City of New York.

3. Aircraft operated by the United State Coast Guard when engaged in the execution of search and rescue and law enforcement duties.

Exhibit F

List of equipment to be furnished by the Operator

1.  Sufficient approved type aircraft wheel chocks.

2.  Cleaning and toilet supplies.

3.  First aid locker together with first aid equipment.

44

EXHIBIT B

1. One 15 lb., 2-wheel CO-2 fire extinguisher.

2. One 2-way radio capable of receiving and transmitting on a frequency of 123.05 megacycles (VHF), or such other frequency designated by the appropriate governmental authority.

3. One reserve flotation craft.

4. 3 existing air conditioners.

5. Wind Indicating and Recording Equipment.

TABLE OF CONTENTS

PAGE

Section 1. Space ............................................... 1

Section 2. Term ................................................ 1

Section 3. Rights of User ...................................... 2

Section 4. Schedule of Charges and Collections ................. 4

Section 5. Services by the Operator ............................ 4

Section 6. Fees and Charges Payable to the Department .......... 6

Section 7. Obligations in Connection with Payment of the
           Percentage Fee and Privileges ....................... 8

Section 8. Compliance with Governmental Requirements ........... 9

Section 10. Prohibited Acts .................................... 12

Section 11. Maintenance, Repair and Property Insurance ......... 14

Section 12. Indemnity; Liability Insurance ..................... 18

Section 13. Construction by the Operator ....................... 20

Section 14. Signs .............................................. 20

Section 15. Operation of the Fuel Storage System ............... 21

Section 16. Rights of Entry Reserved ........................... 22

i

Section 17. Assignment, Subcontracting and Operator Rights .... 23

Section 18. Termination by the Department ........................ 24

Section 19. Right of Re-entry .................................... 27

Section 20. Remedies to be Non-exclusive ......................... 27

Section 21. Surrender ............................................ 27

Section 22. Effect of Base Rent Reductions ....................... 27

Section 23. Removal of Property .................................. 27

Section 24. Brokerage ............................................ 28

Section 25. Limitation of Rights and Privileges Granted .......... 28

Section 26. Notices .............................................. 28

Section 27. Place of Payments .................................... 29

Section 28. Construction and Application of Terms ................ 29

Section 29. Non-Liability of Individuals ......................... 29

Section 30. Other Services by the Operator ....................... 30

Section 31. Equipment Furnished by the Operator .................. 31

Section 32. Relationship of the Parties .......................... 31

Section 33. Condemnation or Acquisition by Others ................ 31

ii

Section 34. Sales and Services .................................... 32
Section 35. No Interest in Real Property .......................... 34
Section 36. Helicopter Flight Operations .......................... 34
Section 37. Sunken Craft .......................................... 34
Section 38. Accident Reports ...................................... 35
Section 39. Operations Personnel .................................. 35
Section 40. [Reserved] ............................................ 35
Section 41. Additional Rights Concerning Termination .............. 36
Section 42. Presidential Use of the Heliport ...................... 36
Section 43. NOTAMS - Emergency .................................... 37
Section 44. Public Information .................................... 37
Section 45. [Reserved] ............................................ 37
Section 46. Condition of Premises ................................. 37
Section 47. Security Deposit ...................................... 38
Section 48. Substitute Operator and Carryover ..................... 38
Section 49. Definitions ........................................... 39
Section 50. Entire Agreement; No Third Party Beneficiaries ........ 39