**EXHIBIT B TO AMENDED COMPLAINT**

Case 1:07-cv-04069-MGC    Document 61    Filed 07/22/2008    Page 2 of 5
Case 1:07-cv-0406..MGC    Document 46-3    Filed 04/28/2008    Page 1 of 4
Apr. 17. 2007 11:05AM    Zabler and Greene, PC    No. 7904    P. 1

*Andrew D. Greene, P.C.*
ATTORNEY AT LAW
3000 MARCUS AVENUE, SUITE 1W11
LAKE SUCCESS, NEW YORK 11042

TEL: (516) 487-7602
FAX: (516) 487-6791

MELVIN D. ZABLER
OF COUNSEL

CATHERINE D ANTIOCO
LEGAL ASSISTANT

April 17, 2007

By Facsimile ( 913) 338-1755 and U.S Mail
Kent S. Jackson, Esq.
Jackson, Wade & Blanck, L.L.C.
21628 Midland Drive
Shawnee, KS 66218

Re:    Zip Aviation, L.L.C.

Dear Mr. Jackson:

I represent New York Helicopter Charter Inc. In your previous letter to me dated February 8, 2007, you indicated that you represent Zip Aviation L.L.C.

I wish to bring to your attention several disturbing incidents that took place over this last weekend at the West 30th Street Heliport in downtown Manhattan. My client operates out of this heliport on a regular basis. Over the weekend, an individual named "Lisa," who identified herself as an "employee of Zip Aviation" interfered with my client's operations at the heliport. According to my client, she approached all of my client's customers and told them to fly with her company instead of New York Helicopter. She also solicited my client's employees by telling them that they should "leave" New York Helicopter and come work for Zip Aviation. This individual refused to cease and desist from her conduct even when repeatedly asked to do so.

The conduct of your client's employee unquestionably violated the terms of Zip Aviation's license to do business at the West 30th Street Heliport. The employee caused damage to the ongoing business of my client and to New York Helicopter's business reputation.

Case 1:07-cv-040c⁻-MGC    Document 46-3    Filed 04/26/ᵕ08    Page 2 of 4

Kent S. Jackson, Esq.
Page 2                                                      April 17, 2007


        You are hereby cautioned that your client will be held strictly accountable for its
tortious and illegal actions to the continuing detriment of New York Helicopter Charter Inc.
as described above. Please instruct your client to guide itself accordingly.



                                    Sincerely,

                                    ANDREW D. GREENE, P.C.


                                    By:
                                        ANDREW D. GREENE

ADG:cs
Copy By Facsimile to:
        Mr. Mike Roth, New York Helicopter Charter, Inc. (516) (631) 777-5876
        Laurie Silberfeld, Vice President and General Counsel HRPT (212) 627-2021
        Christopher P. Gengaro, Esq., Lentz & Gengaro (973) 669-8960
        Leon Friedman, Esq. (212) 396-4152

 # New York Helicopter

Charter, Inc.

March 23, 2006
Via Fax (212) 627-2021 US. Mail
Connie Fishman
President
Hudson River Park Trust
Pier 40, 2nd Floor
West Street at Houston Street
New York, NY 10004

Re: West 30th Street Heliport Denial of access to Heliport

Dear Ms. Fishman,

Please be advised that ones again New York Helicopter Charter Inc is being denied access to the west 30th Street heliport by your tenant Air Pegasus Heliport .New York Helicopter charter has bin overcharged by Air Pegasus heliport by $105,090.00 or more as we are calculating the totals. Please be advised if New York Helicopter Charter Inc is not given access to the heliport immediately we will take legal action in New York State Supreme court by end of the week against all parties.


Regards,
Michael Roth
President


The Downtown Manhattan Heliport • New York, New York 10004
• Phone (212)361 6060 • Fax (212 361-6406 • www.newyorkhelicopter.com



Hudson River Park Trust

353 West Street
Pier 40, 2nd fl.
New York, NY 10014

hudsonriverpark.org

Michael Roth
New York Helicopter Charter Inc.
The Downtown Heliport
NYC, NY 10004