**EXHIBIT H TO AMENDED COMPLAINT**


# New York Helicopter
Charter, Inc.

May 7th 2007
Via Fax (212) 627-2021 US. Mail
Connie Fishman
President
Hudson River Park Trust
Pier 40, 2nd Floor
West Street at Houston Street
New York, NY 10004

Re: West 30th Street APH Heliport this is the 3rd Time Denial of access to the Public Heliport

Dear Ms. Fishman,

Please be advised that ones again on May 6th 2007 New York Helicopter Charter Inc is being denied access to the west 30th Street heliport by your tenant Air Pegasus Heliport .New York Helicopter Charter Inc and our employees need you to intervene as you are the final authority to resolve this unjust and illegal act, this was done to give Zip Aviation a Advantech so there would be no competition, our attorney was on the phone with Steven Trenk on that Saturday and Sunday with no resolution. I am at your disposal any time at my personal cell 516-650-2449 or office 212 361-6060

Michael Roth
President

The Downtown Manhattan Heliport • New York, New York 10004
• Phone 212-361 6060 • Fax 212-361-6406 • www.newyorkhelicopter.com

# New York Helicopter

## Charter, Inc.

Prepaid Hourly Charter Agreement

Customer
IAN SCHRAGER COMPANY LLC (ISCL)

Seller
New York Helicopter Charter Inc (NYHC)

This agreement is a follows NYHC will sell ISCL 50 hours of flight time for charter to any location that the customer desirers to fly for **$1650.00 USD** per hr.
A total of **$ 82.500.00** to be paid at signing of this document.

Helicopter is a 2008 Bell 206 L 4 to be delivered new on or about February 2008 from Bell Helicopter Textron Canada S/N 52368 N406MR

The time that ISCL has to use these hours is one year if this time is not used with in the that time it will be forfeited.

The customer will give **NYHC** 24 hrs or ample notice for the use of the charter helicopter hours and the seller will make all necessary effort to accommodate the customer at all times as well as make any and all helicopters in **NYHC** fleet available to **ISCL**.

Cancellation policy if customer cancels 3 hours before departure of scheduled charter there will be a full charge for the flight.

Landing fees, parking fees, second pilot and waiting time will be billed separately.


Michael Roth
New York Helicopter Charter Inc

X_____

Ian Schrager

X_____

**EXHIBIT I TO AMENDED COMPLAINT**



**AIR PEGASUS**

HUDSON RIVER PARK TRUST
2005 MAR 17 P 3: 50

3/15/05

Dear Laurie,

As per our recent phone conversation, I am writing this letter as a personal recommendation of Itai Shoshani dba Zip Aviation. I have known Itai professionally for well over seven years. He has owned and operated a Jet Ranger helicopter for his personal business until recently. He has been a stellar customer and pilot operating with the utmost professionalism. He has a perfect helicopter safety record and his payment history is exemplary.

He recently purchased a second Jet Ranger and established a helicopter charter and tour operation out of

Executive Office: 11 Hillside Ave. ▪ Bernardsville, NJ 07924 ▪ Phone: (908) 766-9558 ▪ Fax: (908) 766-9557
VIP Heliport: West 30th Street on the Hudson ▪ New York 10001 ▪ Phone: (212) 563-4442 ▪ Fax: (212) 244-6080