Liberty prepares monthly internal financial reports which include pax counts and monthly revenue. For the months that were tested, we also agreed the pax counts and monthly revenue to the internal financial reports. We noted insignificant differences.

2. Consulting Agreement Payments

We tested the Consulting Agreement payments Liberty made to APNY by obtaining Liberty's income statements for 2001 to April 2005 and re-computing the 30th Street and Wall Street sightseeing payment.[67] The total amount of consulting payments for the 30 Street location for the period January 1996 to January 2006 was $3,853,229 of which we tested approximately $1,689,000 (44%). This amount was then compared to the expense paid to APNY in Liberty's general ledger, noting insignificant differences in each year.

3. Fuel Surcharge

We recomputed one month's fuel surcharge and agreed it to a copy of the check paid to APNY. As mentioned and summarized above, we received a spreadsheet listing payments made to Trenk entities. We added the fuel surcharges for the years 2000 through 2004 from the general ledger print outs we received to reconcile to the above spreadsheet. We identified an immaterial difference. As discussed previously all of the Percentage Fees on the fuel surcharges paid to APNY, from inception through November 2004, were subsequently remitted to the Trust.

J. Permit Fee

A monthly permit fee is invoiced to APH, increased by 5% (non compounded) on each annual anniversary of the Permit. During the Relevant Period such fees totaled $646,439. We tested the annual billings and determined the amount during the Relevant Period was reasonable.

---

[67] Although the Trust is not entitled to a Percentage Fee on Wall Street, the payments included fees relating to this location and therefore were included in our test.

25

**Open Item**

As discussed above, there is one open item. We could not form any conclusion on the information provided for Air Pegasus Enterprises, Inc. relating to its receipt of approximately $565,000 from Liberty for lease of a helicopter during the Relevant Period as we are awaiting additional information from Liberty regarding these receipts.

*[signature]*

Debbie A. Cutler, CPA, CFE
October 31, 2006

# Exhibit 1

Air Pegasus Heliport, Inc.
Monthly Detail of Fees and Charges/Number of Operations
April 1, 2001 - March 31, 2002

| Month | Total | Permit Fees | | | Percentage Fees | | | Use Charges | | | # of Ops |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Invoice # | Amount | Date | Invoice # | Amount | Date | Invoice # | Amount | |
| | (1)=(4)+(7)+(10) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| April | $ 52,424 | 4/2/2001 | 159 | $ 12,242 | 6/14/2001 | 205 | $ 25,662 | 6/14/2001 | 205 | $ 14,520 | 3,265 |
| May | 37,742 | 5/3/2001 | 183 | 12,242 | 7/5/2001 | 239 | 12,345 | 7/5/2001 | 239 & 240 | 13,155 | 3,219 |
| June | 39,646 | 5/29/2001 | 190 | 12,242 | 7/28/2001 | 256 | 16,634 | 7/28/2001 | 256 | 10,770 | 2,849 |
| July | 59,323 | 7/2/2001 | 225 | 12,242 | 8/23/2001 | 284 | 34,706 | 8/23/2001 | 284 | 12,375 | 3,200 |
| August | 55,678 | 7/19/2001 | 242 | 12,242 | 2/15/2002 | 379 | 29,561 | 2/15/2002 | 379 | 13,875 | 3,135 |
| September | 39,992 | 9/1/2001 | 269 | 12,242 | 2/15/2002 | 380 | 22,485 | 2/15/2002 | 380 | 5,265 | 1,469 |
| October | 41,062 | 10/1/2001 | 287 | 12,242 | 2/15/2002 | 381 | 28,415 | 2/15/2002 | 381 | 405 | 541 |
| November | 30,111 | 11/1/2001 | 301 | 12,242 | 2/8/2002 | 376 | 14,659 | 2/8/2002 | 376 | 3,210 | 1,009 |
| December | 36,386 | 11/21/2001 | 318 | 12,242 | 2/8/2002 | 377 | 18,624 | 2/8/2002 | 377 | 5,520 | 1,423 |
| January | 48,960 | 12/24/2001 | 350 | 12,242 | 3/29/2002 | 435 | 33,268 | 3/29/2002 | 435 | 3,450 | 1,119 |
| February | 32,357 | 1/23/2002 | 362 | 12,242 | 3/29/2002 | 436 | 14,625 | 3/29/2002 | 436 | 5,490 | 1,119 |
| March | 38,777 | 2/22/2002 | 383 | 12,242 | 3/29/2002 | 437 | 18,360 | 3/29/2002 | 437 | 8,175 | 1,741 |
| Adjustment | 5,616 | 12/1/2002 | 311 | 5,616 * | | | | | | | |
| Total | $ 518,068 | | | $ 152,514 | | | $ 269,344 | | | $ 96,210 | 24,089 |

* This amount represents a portion of invoice IVC 000311 in the amount of $8,160. The balance of $2,544.50 is allocated to the following year.

Air Pegasus Heliport, Inc.
Monthly Detail of Fees and Charges/Number of Operations
April 1, 2002 - March 31, 2003

| Month | Total | Permit Fees | | | Percentage Fees | | | Use Charges | | | # of Ops |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Invoice # | Amount | Date | Invoice # | Amount | Date | Invoice # | Amount | |
| | (1)=(4)+(7)+(10) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| April | $ 52,973 | 4/1/2002 | 66 | $ 12,242 | 9/1/2002 | 202 | $ 32,601 | 9/1/2002 | 202 | $ 8,130 | 2,019 |
| May | 29,143 | 5/1/2002 | 91 | 12,242 | 9/1/2002 | 203 | 9,431 | 9/1/02 & 11/1/02 | 203 & 281 | 7,470 | 2,085 |
| June | 43,101 | 6/1/2002 | 109 | 12,242 | 11/1/2002 | 282 | 23,464 | 11/1/2002 | 282 | 7,395 | 2,179 |
| July | 51,063 | 7/1/2002 | 127 | 12,242 | 7/1/2002 | 349 | 31,021 | 7/1/2002 | 349 | 7,800 | 2,159 |
| August | 49,975 | 8/1/2002 | 174 | 12,242 | 8/1/2002 | 350 | 26,843 | 8/1/2002 | 350 | 10,890 | 2,627 |
| September | 46,688 | 9/1/2002 | 201 | 12,242 | 9/1/2002 | 351 | 25,701 | 9/1/2002 | 351 | 8,745 | 2,217 |
| October | 64,436 | 10/1/2002 | 254 | 12,242 | 10/1/2002 | 352 | 41,709 | 10/1/2002 | 352 | 10,485 | 2,438 |
| November | 67,450 | 11/1/2002 | 280 | 12,242 | 11/1/2002 | 353 | 42,398 | 11/1/2002 | 353 | 12,810 | 2,524 |
| December | 60,814 | 11/1/2002 | 310 | 12,752 | 2/26/2003 | . | 32,702 | 2/26/2003 | . | 15,360 | 2,671 |
| January | 61,826 | 1/1/2003 | 327 | 12,752 | 1/1/2003 | 385 | 42,429 | 1/1/2003 | 385 | 6,645 | 1,562 |
| February | 48,757 | 2/1/2003 | 356 | 12,752 | 2/1/2003 | 440 | 29,300 | 2/1/2003 | 440 | 6,705 | 1,449 |
| March | 48,990 | 3/26/2003 | 474 | 13,262 | 3/31/2003 | 492 | 26,353 | 3/31/2003 | 493 | 9,375 | 1,933 |
| Adjustment | 2,545 | 12/1/2002 | 311 | 2,545 * | | | | | | | |
| Adjustment 9/02-11/02 | 1,530 | 11/1/2002 | 309 | 1,530 | | | | | | | |
| Adjustment | 4,084 | 2/12/2003 | 380 | 4,084 | | | | | | | |
| Total | $ 633,369 | | | $ 157,607 | | | $ 363,952 | | | $ 111,810 | 25,863 |

* This amount represents a portion of invoice IVC 000311 in the amount of $8,160. The balance is allocated to the following year.

EXHIBIT 1

Page 2 of 4

Air Pegasus Heliport Inc.
Monthly Detail of Fees and Charges/Number of Operations
April 1, 2003 - March 31, 2004

| Month | Total (1)=(4)+(7)+(10) | Permit Fees (2) | Permit Fees (3) | Permit Fees (4) | Percentage Fees (5) | Percentage Fees (6) | Percentage Fees (7) | Use Charges (8) | Use Charges (9) | Use Charges (10) | # of Ops (11) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| April | $ 50,392 | 4/7/2003 | 405 | $ 12,752 | 4/1/2003 | 561 | $ 27,500 | 4/1/2003 | 561 | $ 10,140 | 1,930 |
| May | 34,560 | 8/16/2003 | 955 | 13,262 | 5/1/2003 | 562 | 12,538 | 5/1/2003 | 562 | 8,760 | 1,905 |
| June | 39,236 | 6/6/2003 | 498 | 13,262 | 6/1/2003 | 615 | 17,094 | 6/1/2003 | 615 | 8,880 | 2,056 |
| July | 71,791 | 7/1/2003 | 532 | 13,262 | 9/1/2003 | 645 | 46,379 | 9/1/2003 | 645 | 12,150 | 2,787 |
| August | 51,295 | 8/1/2003 | 567 | 13,262 | 8/1/2003 | 650 | 24,143 | 8/1/2003 | 650 | 13,890 | 2,661 |
| September | 62,928 | 9/1/2003 | 595 | 13,262 | 9/1/2003 | 682 | 39,211 | 9/1/2003 | 683 | 10,455 | 2,142 |
| October | 61,659 | 10/1/2003 | 619 | 13,262 | 10/1/2003 | 680 | 33,112 | 10/1/2003 | 681 | 15,285 | 2,906 |
| November | 63,002 | 11/1/2003 | 651 | 13,262 | 11/1/2003 | 705 | 32,955 | 11/1/2003 | 706 | 16,785 | 2,886 |
| December | 63,614 | 12/1/2003 | 665 | 13,262 | 2/25/2004 | 742 | 31,947 | 2/25/2004 | 742 | 18,405 | 3,004 |
| January | 71,886 | 1/1/2004 | 685 | 13,784 | 1/1/2004 | 768 | 47,362 | 1/1/2004 | 768 | 10,740 | 1,890 |
| February | 60,851 | 2/1/2004 | 729 | 13,784 | 2/1/2004 | 797 | 34,062 | 2/1/2004 | 797 | 13,005 | 2,348 |
| March | 37,138 | 3/1/2004 | 752 | 13,784 | 5/5/2004 | 843 | 10,034 | 5/5/2004 | 843 | 13,320 | 2,428 |
|  | 1,021 | 8/16/2004 | DEBIT0000017 | 1,021 |  |  |  |  |  |  |  |
|  | 4,084 | 12/1/2003 | 684 | 4,084 |  |  |  |  |  |  |  |
| Total | $ 673,455 |  |  | $ 165,303 |  |  | $ 356,337 |  |  | $ 151,815 | 28,943 |

Page 3 of 4

EXHIBIT 1

Air Pegasus Heliport, Inc.
Monthly Detail of Fees and Charges/Number of Operations
April 1, 2004 - March 31, 2005

| Month | Total | Permit Fees | | | Percentage Fees | | | Use Charges | | | # of Ops |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Invoice # | Amount | Date | Invoice # | Amount | Date | Invoice # | Amount | |
| | (1)=(4)+(7)+(10) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| April | $ 58,182 | 4/1/2004 | 876 | $ 14,294 | 4/1/2004 | 873 | $ 26,098 | 4/1/2004 | 873 | $ 17,790 | 3,089 |
| May | 89,221 | 5/1/2004 | 801 | 13,783 | 8/4/2004 | 951 | 61,113 | 8/4/2004 | 951 | 14,325 | 2,955 |
| June | 26,759 | 7/1/2004 | 914 | 14,294 | 7/1/2004 | 1018 | - | 7/1/2004 | 1018 | 12,465 | 3,213 |
| July | 89,250 | 7/1/2004 | 1019 | 14,294 | 7/30/2004 | 1017 | 58,216 | 7/30/2004 | 1017 | 16,740 | 3,283 |
| August | 66,165 | 8/1/2004 | 919 | 14,294 | 8/2/2004 | 1020 | 37,216 | 8/2/2004 | 1020 | 14,655 | 3,305 |
| September | 65,358 | 9/2/2004 | 961 | 14,294 | 9/1/2004 | 1074 | 36,064 | 9/1/2004 | 1074 | 15,000 | 3,015 |
| October | 82,715 | 10/1/2004 | 989 | 14,294 | 2/15/2005 | 1145 | 49,656 | 2/15/2005 | 1145 | 18,765 | 3,632 |
| November | 57,970 | 11/1/2004 | 1042 | 14,294 | 2/17/2005 | 1148 | 24,026 | 2/17/2005 | 1148 | 19,650 | 3,453 |
| December | 119,705 | 12/1/2004 | 1078 | 14,294 | 2/16/2005 | 1147 | 81,621 | 2/16/2005 | 1147 | 23,790 | 3,815 |
| January | 73,265 | 12/30/2004 | 1102 | 14,294 | 1/3/2005 | 1179 | 46,701 | 1/3/2005 | 1179 | 12,270 | 2,215 |
| February | 63,903 | 1/31/2005 | 1123 | 14,294 | 2/28/2005 | 1206 | 33,964 | 2/28/2005 | 1206 | 15,645 | 2,867 |
| March | 71,608 | 3/2/2005 | 1156 | 14,294 | 3/31/2005 | 1207 | 38,159 | 3/31/2005 | 1207 | 19,155 | 3,208 |
| | 10,918 | | | | 12/24/2004 | None | 12,268 | 2/18/2005 | CREDT00000111 | (1,350) | |
| | 2,115 | | | | | | | 2/23/2005 | | 2,115 | |
| | 2,385 | | | | | | | 4/15/2005 | NYH | 2,385 | |
| Total | $ 879,518 | | | $ 171,016 | | | $ 505,102 | | | $ 203,400 | 38,050 |

EXHIBIT 1

Page 4 of 4

# Exhibit 2

Air Pegasus Heliport, Inc.
Monthly Detail of Revenue Earned
April 1, 2001 through March 31, 2005

| | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **9 Months 2001** | | | | | | | | | | | | | |
| Landing | 719,368 | | | | 105,254 | 106,796 | 97,045 | 105,629 | 99,002 | 51,044 | 22,797 | 51,296 | 80,505 |
| Parking | 274,455 | | | | 32,092 | 33,505 | 33,165 | 34,955 | 29,370 | 38,104 | 13,662 | 24,314 | 35,278 |
| Off-Ops | 404,050 | | | | 53,650 | 62,800 | 56,450 | 61,250 | 45,800 | 28,450 | 14,150 | 34,200 | 47,300 |
| Fuel (w/ sales tax) | 930,707 | | | | 130,640 | 138,214 | 130,723 | 166,417 | 147,456 | 86,330 | 34,752 | 47,538 | 48,637 |
| Miscellaneous | 48,806 | | | | 5,000 | 5,306 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 |
| Total - 2001 | $ 2,377,386 | | | | $ 326,636 | $ 346,621 | $ 322,883 | $ 373,761 | $ 327,128 | $ 209,428 | $ 90,861 | $ 162,848 | $ 217,220 |
| **2002** | | | | | | | | | | | | | |
| Landing | 1,349,010 | $ 71,442 | $ 76,431 | $ 91,264 | 115,231 | 118,599 | 137,524 | 113,290 | 123,863 | 122,498 | 135,690 | 124,063 | 119,115 |
| Parking | 485,950 | 28,139 | 24,645 | 31,694 | 48,384 | 43,564 | 50,301 | 36,548 | 48,365 | 45,095 | 50,395 | 43,566 | 35,254 |
| Off-Ops | 747,230 | 46,200 | 45,100 | 44,750 | 70,300 | 72,300 | 85,340 | 62,400 | 63,300 | 71,300 | 70,500 | 64,240 | 51,500 |
| Fuel (w/ sales tax) | 935,657 | 34,174 | 41,813 | 57,458 | 71,811 | 69,922 | 91,172 | 91,653 | 116,826 | 89,966 | 94,943 | 92,126 | 83,793 |
| Miscellaneous | 79,941 | 5,500 | 6,900 | 6,800 | 7,000 | 6,816 | 7,000 | 7,400 | 7,000 | 6,500 | 6,000 | 6,500 | 6,525 |
| Total - 2002 | $ 3,597,788 | $ 185,455 | $ 194,889 | $ 231,966 | $ 312,726 | $ 311,201 | $ 371,337 | $ 311,291 | $ 359,354 | $ 335,359 | $ 357,528 | $ 330,495 | $ 296,187 |
| **2003** | | | | | | | | | | | | | |
| Landing | 1,819,505 | $ 85,500 | $ 74,110 | $ 97,048 | 96,566 | 102,307 | 111,700 | 160,900 | 215,385 | 178,945 | 237,527 | 224,650 | 234,867 |
| Parking | 473,654 | 27,277 | 23,072 | 36,082 | 28,228 | 41,784 | 36,641 | 47,573 | 45,626 | 47,394 | 56,826 | 38,789 | 44,362 |
| Off-Ops | 767,300 | 42,800 | 35,100 | 53,000 | 48,000 | 56,100 | 70,400 | 78,900 | 70,700 | 76,100 | 96,700 | 68,700 | 70,800 |
| Fuel (w/ sales tax) | 1,089,925 | 53,134 | 52,008 | 70,585 | 68,990 | 76,011 | 85,546 | 118,797 | 126,495 | 93,663 | 109,264 | 116,963 | 118,469 |
| Miscellaneous | 86,803 | 6,520 | 6,530 | 6,050 | 6,000 | 12,613 | 7,000 | 8,025 | 7,000 | 6,500 | 7,050 | 6,500 | 7,050 |
| Reserve | (726,150) | | | | | | | | (190,735) | (97,007) | (131,852) | (146,859) | (159,697) |
| Total - 2003 | $ 3,511,042 | $ 215,231 | $ 190,790 | $ 262,765 | $ 247,784 | $ 288,815 | $ 311,287 | $ 414,195 | $ 274,471 | $ 305,595 | $ 375,515 | $ 308,743 | $ 315,851 |
| **2004** | | | | | | | | | | | | | |
| Landing | 2,734,384 | $ 152,427 | $ 185,925 | $ 193,458 | 242,817 | 233,328 | 241,699 | 226,045 | 219,490 | 206,755 | 285,492 | 264,508 | 282,440 |
| Parking | 679,945 | 26,589 | 30,319 | 36,858 | 54,048 | 54,643 | 70,993 | 63,340 | 59,835 | 60,008 | 84,156 | 77,010 | 62,146 |
| Off-Ops | 897,545 | 45,700 | 59,100 | 60,000 | 80,325 | 82,500 | 93,100 | 86,500 | 69,700 | 70,800 | 101,100 | 84,420 | 64,300 |
| Fuel (w/ sales tax) | 1,860,921 | 73,673 | 93,278 | 103,669 | 134,402 | 146,134 | 182,473 | 202,695 | 182,096 | 145,368 | 183,890 | 197,308 | 215,935 |
| Miscellaneous | 793,646 | 13,925 | 23,075 | 60,713 | 79,275 | 72,925 | 72,420 | 70,268 | 69,205 | 65,300 | 92,540 | 82,000 | 91,980 |
| Reserve | (1,264,436) | (95,820) | (113,150) | (155,858) | (202,657) | (187,938) | (181,907) | (201,086) | (208,711) | (176,736) | (187,879) | (193,400) | 640,706 |
| Total - 2004 | $ 5,702,005 | $ 216,494 | $ 278,547 | $ 298,860 | $ 388,210 | $ 401,592 | $ 478,778 | $ 447,762 | $ 391,615 | $ 371,495 | $ 559,299 | $ 511,846 | ######### |
| **3 Months 2005** | | | | | | | | | | | | | |
| Landing | 636,430 | $ 177,415 | $ 218,925 | $ 240,090 | | | | | | | | | |
| Parking | 160,946 | 40,114 | 58,936 | 61,896 | | | | | | | | | |
| Off-Ops | 169,800 | 49,800 | 54,200 | 65,800 | | | | | | | | | |
| Fuel (w/ sales tax) | 433,824 | 122,049 | 145,341 | 166,434 | | | | | | | | | |
| Miscellaneous | 206,054 | 58,104 | 70,215 | 77,735 | | | | | | | | | |
| Reserve | (447,113) | (95,820) | (152,758) | (198,535) | | | | | | | | | |
| Total - 2005 | $ 1,159,941 | $ 351,662 | $ 394,859 | $ 413,420 | | | | | | | | | |

* APH two invoices for May 2004 sent to the Trust reflected reserves of $81,202 (May 1-12) and $223,699 (May 13-31). This amount reflects the journal entry that was recorded in APH general ledger.
** The amount reported to the Trust was $226,320. We adjusted this amount for a year end journal entry identified in APH general ledger in the amount of $867,026.

EXHIBIT 11

**Exhibit 3**

Air Pegasus Heliport, Inc.
Monthly Detail of Customer Receipts Reported to the Trust
April 1, 2001 through March 31, 2005

| | Total | April | May | June | July | August | September | October | November | December | January | February | March |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2002** | | | | | | | | | | | | | |
| Customer receipts | $2,993,118 | $256,026 | $313,177 | $290,387 | $390,798 | $330,952 | $218,153 | $263,447 | $150,314 | $182,850 | $299,493 | $132,993 | $164,528 |
| Less: non-customer cash receipts | 97,074 | 18,465 | 15,167 | 18,126 | 12,625 | 13,794 | 60 | | 10,003 | 4,830 | 423 | 3,094 | 487 |
| Less: sales tax & fuel tax | 192,861 | 23,711 | 25,882 | 24,854 | 31,110 | 26,912 | 13,680 | 5,127 | 7,051 | 8,711 | 6,752 | 8,026 | 11,045 |
| Net cash receipts - 2002 | $2,703,183 | $213,850 | $272,128 | $247,407 | $347,063 | $290,246 | $204,413 | $258,320 | $133,260 | $169,309 | $292,318 | $121,873 | $152,996 |
| **2003** | | | | | | | | | | | | | |
| Customer receipts | $3,924,141 | $304,428 | $303,043 | $326,235 | $360,787 | $288,194 | $258,399 | $411,548 | $417,938 | $321,144 | $365,120 | $293,117 | $274,188 |
| Less: non-customer cash receipts | 241,766 | 20,087 | 1,645 | 33,961 | 33,265 | 1,374 | 7,750 | 14,746 | 19,599 | 28,991 | 35 | 39,024 | 41,289 |
| Less: sales tax & fuel tax | 191,109 | 12,664 | 13,919 | 16,525 | 17,314 | 24,141 | 16,997 | 17,632 | 17,549 | 19,635 | 11,514 | 9,927 | 13,292 |
| Net cash receipts - 2003 | $3,491,266 | $271,677 | $287,479 | $275,749 | $310,208 | $262,679 | $233,652 | $379,170 | $380,790 | $272,518 | $353,571 | $244,166 | $219,607 |
| **2004** | | | | | | | | | | | | | |
| Customer receipts | $4,818,993 | $240,137 | $322,609 | $260,433 | $505,237 | $453,343 | $483,209 | $462,686 | $483,744 | $463,459 | $521,386 | $351,587 | $271,163 |
| Less: non-customer cash receipts | 165,139 | | 16,171 | 10,402 | 17,926 | 12,150 | 14,175 | 10,455 | 23,430 | 17,530 | 18,405 | 10,763 | 13,732 |
| Less: sales tax & fuel tax | 206,879 | 10,970 | 14,517 | 16,525 | 23,519 | 20,506 | 15,562 | 19,357 | 19,850 | 20,001 | 12,477 | 15,635 | 17,960 |
| Less: Liberty reserve | 1,019,166 | | | | | 190,735 | 97,007 | 131,832 | 146,859 | 159,697 | 95,820 | 41,338 | 155,858 |
| Net cash receipts - 2004 | $3,427,809 | $229,167 | $291,921 | $233,506 | $463,792 | $229,952 | $356,465 | $301,022 | $293,605 | $266,231 | $394,684 | $283,851 | $83,613 |
| **2005** | | | | | | | | | | | | | |
| Customer receipts | $5,397,915 | $455,546 | $612,903 | $275,581 | $632,626 | $420,238 | $346,911 | $481,165 | $236,573 | $777,513 | $473,413 | $321,855 | $363,591 |
| Less: non-customer cash receipts | 246,232 | 13,320 | 17,775 | | 26,840 | 16,740 | 14,655 | | | 60,694 | 63,576 | 13,825 | 18,807 |
| Less: sales tax & fuel tax | 331,952 | 22,085 | 24,541 | 30,940 | 27,790 | 31,333 | 22,978 | 29,752 | 33,441 | 36,638 | 20,664 | 24,999 | 26,791 |
| Less: Liberty reserve | 254,443 | 202,657 | (82,854) | 181,907 | (47,367) | | | | | | | | |
| Net cash receipts - 2005 | $4,565,288 | $217,484 | $653,441 | $62,734 | $625,363 | $372,165 | $309,278 | $451,413 | $203,132 | $680,181 | $389,173 | $283,031 | $317,993 |

Exhibit III

**Exhibit 4**

Air Pegasus Heliport, Inc.
Customer Discounts (2002 - 2005)

| Customer | Landing/parking | Off-Ops | Fuel | SAFE fee | Parking fee | Reason |
|---|---|---|---|---|---|---|
| 1. Aetna | 20% | | | | | Granted pre-1986 by PANYNJ |
| 2. AOL | | | .25/gallon | | | Promise of increased volume |
| 3. Broadcast | 50% | | .50/gallon | None | | Previously operated by Liberty |
| 4. Cablevision | | | .25/gallon | None | | Promise of increased volume |
| 5. Cantagree | | $100 | | | | Promise of increased in off-ops business |
| 6. Cigna | 20% | | | | | Granted pre-1986 by PANYNJ |
| 7. Heliflite | | | | None | | Promise of priority use of Heliport |
| 8. Honeywell | 20% | | | | | Promise of increased volume |
| 9. Hover Views | | $100 | .25/gallon | | | Promise of increased volume |
| 10. Integrated | | $100 | | | | Promise of increased volume |
| 11. NY State | | 50% | No tax | | None | Government agency |
| 12. Print Int'l | | | | | Flat fee | For utilizing unused landing spot on barge |
| 13. Travelers | 20% | | | | | Granted pre-1986 by PANYNJ |
| 14. Wall Street | | | .25/gallon | | | Granted pre-1986 by PANYNJ |
| 15. Zip | 50% | | | | | Promise of increased volume |

EXHIBIT IV

**Exhibit 5**

**Documents Provided and or Reviewed**

**APH Documents**[*]
1. Accounts receivable aging
2. Accounts receivable distribution to general ledger report
3. Accounts receivable open items purge report
4. Bank deposit slips-2003 and 2004
5. Bank statements
6. Cash receipts report
7. Corporate Book
8. Customer invoices (as selected)
9. Customer list
10. Daily flight logs
11. Daily sales analysis
12. Deposit Control Sheets
13. Discounted Customer Report 2002-2005
14. Draft review financial statements December 31 2004 and December 31, 2003
15. Financial statements December 31, 2003 (review) and December 31, 2002 (audit)
16. Financial statements December 31, 2002 and December 31, 2001 (audit)
17. Fuel invoices- except 2001
18. Fuel tickets
19. General ledgers
20. Monthly tax report except 2002
21. Monthly landing reports
22. NYS Sales & Use Tax Return, 2001 – 2005, and the 4th Quarter of 2000
23. Ops transaction journals
24. Sales history reports
25. Sales journals
26. Tax return-Form 1120S for the years ended December 31, 2001 – 2004
27. Trial balances
28. Various internal worksheets relating to sales and fuel taxes

**Other documents**
1. APNY general ledgers (2004 – 2005), Form 1120S (2003 – 2004), income statements (2004 – 2005), balance sheet trial balance (2002 – 2005) and bank statements (2003 – 2005)
2. APH Monthly Reports to the Trust for the Relevant Period
3. Form 1120S; 2001 – 2004 for:
    i. Air Pegasus Corporation
    ii. Air Pegasus Enterprises, Inc.
    iii. Air Pegasus Ventures, Inc.
4. Form 1040, Sch C. for Alvin Trenk; 2001 – 2004
5. Form 1120S for Trenk Enterprises, Inc., 2001

---

[*] APH documents were for the Relevant Period unless otherwise noted

Other documents (continued)
6. Permit No. XW307 – Agreement dated March 25th, 1996, between New York State Department of Transportation and Air Pegasus Heliport, Inc.
7. Agreement dated May 1996 between Air Pegasus Heliport, Inc. and Liberty Helicopter Tours, Inc.
8. First Modification to Agreement (dated May 1996) to be effective as of December 31, 1996.
9. Consulting Agreement dated December 31, 1996 between Liberty Helicopter, Inc. and Air Pegasus of New York, Inc.
10. Superior Court of New Jersey Law Division: Union County Docket Number: UNN – L – 2713 – 03, Air Pegasus of New York, Inc., a Delaware corporation, and Air Pegasus Heliport, Inc., a Delaware corporation, Plaintiffs, vs. Liberty Helicopter Tours, Inc., a New York corporation, Defendant, Order, dated July 25th, 2003
11. Arbitration and Monitor Agreement dated June 2nd, 2004 between Sightseeing Tours of America, Inc. and Air Pegasus of New York, Inc.
12. Arbitrator Determination (Re: Claims against the Accounting firm of Lawlor, O'Brien & Chervenak) dated December 8, 2004, In Re: Arbitration & Monitor Agreement Dated June 2, 2004
13. Arbitrator Determination Regarding Various Issues dated April 8, 2005, In Re: Arbitration & Monitor Agreement dated June 2, 2004
14. Response by the Trust to the draft audit report issued by the State of New York, Office of the State Comptroller dated October 15, 2004
15. Audit report of the State of New York, Office of the State Comptroller of the Trust's systems of internal controls dated January 4, 2005
16. Follow-up audit report to the Trust by the State of New York, Office of the State Comptroller dated April 6, 2006
17. Monthly HRPT Percentage Fee and Use Charges Invoices and Permit Fee Invoices for the period April 2001 to March 2005 for the Relevant Period
18. APH monthly reports to the Trust for the Relevant Period and subsequent monthly reports through May 31, 2006
19. Draft auditor's report dated April 29, 2002 prepared by Citrin Cooperman & Company, LLP relating to Hudson River Park Trust- Schedule of Additional Rents Due Under a Lease between Hudson River Park Trust, and Air Pegasus Heliport, Inc. for the period April 1, 1999 to March 31, 2001
20. Various correspondence relating to this engagement between APH, HRPT, KTG, Lentz & Gengaro, and Kramer, Love & Cutler LLP

Liberty Documents
1. STA financial statements for the year ended December 31, 2001
2. STA Form 1120 for years ended December 31, 2002 and 2001
3. Stockholder Report as of April 30, 2005
4. Schedule of Trenk Related Payments
5. Various Liberty general ledger print-outs and other accounting documents