

Hudson River Park Trust

February 9, 2007

Abigail S. Trenk
President
Air Pegasus
West 30th at West Street
New York, NY 10001

Re: ZIP Aviation

Dear Ms. Trenk:

It has come to our attention that the January 10, 2005 ZIP Aviation Operations Specifications manual that you provided in connection with APH's request for Trust authorization to allow ZIP Aviation to conduct sightseeing operations out of the West 30th Street Heliport has not been approved by the Federal Aviation Administration ("FAA"). Moreover, we are advised that there are inaccuracies and misrepresentations in such submission with respect to the nature and extent of the August 2005 FAA approval that, as subsequently modified, is in place today. We materially relied on such submission and the accuracy of the representations and authorizations set forth therein as part of our recent approval of ZIP Aviation as a sightseeing operator at the Heliport in accordance with Section 3 of APH's Permit.

In light of the substantive questions that have been raised about such submission and the nature and extent of ZIP Aviation's FAA authorization, please be advised that we are hereby rescinding our December 15, 2006 authorization of ZIP Aviation as a sightseeing operator at the Heliport.

Further, we are troubled by what would appear to be a lack of due diligence on the part of APH in putting forth and vouching for ZIP Aviation in connection with your sightseeing authorization request. Section 8 of the Permit obligates APH to undertake its operations in compliance with all applicable laws and requirements and not to conduct or allow any activity at the Heliport that requires a permit or other approval without first having obtained such authorization. As an experienced heliport operator, APH should have confirmed the accuracy of the statements and representations set forth in ZIP Aviation's submittal. We are actively

Pier 40, 2nd Fl., West St. @ W. Houston St., New York, NY 10014  Phone: 212-627-2020  Fax: 212-627-2021

reviewing this matter and what, if any, further actions should be taken in response. We would welcome and will consider any explanation or other response you wish to provide concerning this matter.

As always, please feel free to contact me should you have any questions or wish to discuss this matter further.

Sincerely,

Laurie Silberfeld
Vice President & General Counsel